## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-mj-01183-STV

UNITED STATES OF AMERICA,

     Plaintiff

     v.

JOSHUA GENE EALY,

     Defendant.

_____

### ENTRY OF APPEARANCE

_____

John Sullivan, of the Law Office of John F. Sullivan, III, PC, enters his appearance on behalf of the Defendant.

Respectfully submitted this the 16th day of December, 2016

> s/John F Sullivan_____
> Law Office of John F. Sullivan, III, PC
> 1745 Shea Center Drive, 4th Floor
> Littleton, CO 80129
> (303) 748-4343

### CERTIFICATE OF SERVICE

I certify that I have served a copy of this entry on the party below on this the 16th day of December, 2016 via ECF:

    Ms. Beth N. Gibson
    Assistant United States Attorney

> s/John F. Sullivan_____