FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

2016 DEC 19  AM 11: 25

for the

District of Colorado

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  16-MJ-01183-STV |
| JOSHUA GENE EALY, | ) | |
| Defendant | ) | |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _____JOSHUA GENE EALY_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and intentionally conspire to distribute and to possess with the intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846

Date:   12/15/2016

City and state:    Denver, Colorado

*Issuing officer's signature*

Scott T. Varholak, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-15-16 , and the person was arrested on *(date)* 12-14-16 at *(city and state)* Denver, Co . |
| Date: 12-16-16 |

*Arresting officer's signature*

Paul Otto  DUSM
*Printed name and title*