AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:16-mj-01183-STV-3 |
| JOSHUA EALY | ) |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/21/16

_Joshua Ealy_
Defendant's signature

_John Sullivan_
Signature of defendant's attorney

John Sullivan
Printed name and bar number of defendant's attorney

1745 Shea Center Dr
Address of defendant's attorney

jfslaw1@aol.com
E-mail address of defendant's attorney

303-248-4343
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney