# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-mj-01183-STV

UNITED STATES OF AMERICA,

    Plaintiff

    v.

JOSHUA GENE EALY,

    Defendant.

___

## SUPPLEMENT TO REQUEST FOR RELEASE TO RESIDENTIAL REENTRY CENTER

___

The Defendant, by and through, John Sullivan, of the Law Office of John F. Sullivan, III, PC, respectfully requests this Court enter an order permitting his release to a residential re-entry center (RRC) as a condition of his bond.  In support of his motion the Defendant offers the following:

1) The Defendant was in court on December 21, for a detention hearing, which was continued.  At that hearing, the Defendant requested release as a condition of a bond, to an RRC which, at the time, was objected to by the government.

2) The Defendant has an addiction which needs to be treated and there was an in-court discussion as to the best way to attain that goal.  The hearing was continued and there is a status conference set for January 13, 2017, mostly to see if there will be a formal indictment filed.

3) In the interim, the Probation Department has inquired into the viability of certain treatment programs and the Defendant's eligibility for same. Probation has informed the government and the Court that it would be easier to get the Defendant into treatment if he were in an RRC and Probation is inquiring as to available bed space.

4) Assistant United States Attorney, Beth Gibson, is not objecting to the Defendant's release as long as he is released to an RRC.

WHEREFORE, based upon the above, and the information provided to the Court on December 21, the Defendant respectfully requests this Court permit his release as a condition of his bond to a residential reentry center and for all other relief proper in the premises.

Respectfully submitted this the 27th day of December, 2016

        s/John F Sullivan_____
        Law Office of John F. Sullivan, III, PC
        1745 Shea Center Drive, 4th Floor
        Littleton, CO 80129
        (303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this entry on the party below on this the 27th day of December, 2016 via ECF:

    Ms. Beth N. Gibson
    Assistant United States Attorney
        s/John F. Sullivan_____