# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00010-RBJ

UNITED STATES OF AMERICA,

    Plaintiff

    v.

JOSHUA GENE EALY,

    Defendant.

_____

## NOTICE OF DISPOSITION

_____

The Defendant, by and through, John Sullivan, of the Law Office of John F. Sullivan, III, PC, respectfully notifies this Court that the parties have reached a disposition and the case will be resolve via plea agreement.

Respectfully submitted this the 23rd day of February, 2017

                                                  s/John F Sullivan_____
                                                Law Office of John F. Sullivan, III, PC
                                                1745 Shea Center Drive, 4th Floor
                                                Littleton, CO 80129
                                                (303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this entry on the party below on this the 23rd day of February, 2017 via ECF:

    Ms. Beth N. Gibson
    Assistant United States Attorney

                                                s/John F. Sullivan_____