IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17cr-00010-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. JOSHUA GENE EALY,

    Defendant.

---

## INFORMATION

**Count One**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**
**Distribution and Possession with Intent to Distribute a Controlled Substance**

---

The United States Attorney charges:

### COUNT ONE

On or about October 20, 2016, in the State and District of Colorado, the defendant, JOSHUA GENE EALY, did knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and did aid and abet the same. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

          ROBERT C. TROYER
          Acting United States Attorney

          By: s/ Beth Gibson
          BETH GIBSON
          Assistant United States Attorney

United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0236
Telecopier: (303) 454-0406
E-mail: beth.gibson@usdoj.gov
Attorney for the United States