**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:17-cr-00010-RBJ-3

UNITED STATES OF AMERICA

    Plaintiff,

v.

3.    JOSHUA GENE EALY,

    Defendant.

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 80**

    The United States of America, by and through undersigned counsel, respectfully moves this Court to restrict Document No. 80, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, all exhibits attached thereto, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by Applicable Parties & Court" only.

    Respectfully submitted this 8th day of June, 2017.

                                         ROBERT C. TROYER
                                         Acting United States Attorney

By: s/Beth Gibson
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:   303-454-0405
E-mail:   Beth.Gibson@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

 I hereby certify that on June 8, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

 John F. Sullivan , III  jfslaw1@aol.com

           s/Beth Gibson
           BETH GIBSON
           Assistant United States Attorney
           United States Attorney's Office
           1801 California Street, Suite 1600
           Denver, CO 80202
           Telephone: 303-454-0100
           Fax:   303-454-0405
           E-mail:   Beth.Gibson@usdoj.gov
           Attorney for Government