# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  17-cr-00010-RBJ

UNITED STATES OF AMERICA,

    Plaintiff

    v.

JOSHUA GENE EALY,

    Defendant.

___

## SENTENCING MEMORANDUM

___

    The Defendant, by and through, John Sullivan, of the Law Office of John F. Sullivan, III, PC, respectfully submits the following in support of a time served sentence with a transition period in a residential reentry center, both of which the government does not oppose.  In support of his request the Defendant offers the following:

1)  The Defendant agrees with the Probation Department that the proper guideline calculation in this case is for a total offense level of 12 with a criminal history category of II.  The guideline range is 12-18 months.  The probation department is recommending a sentence of 8 months, and that the sentence be in Zone C.

2) The government is recommending a 25% departure to Zone B and is not opposing a sentence of time served with a period of time to follow in a residential reentry center.  The Defendant concurs with the government's recommendation.

3)  In determining a proper sentence, the Court may consider various factors contained within the familiar, 18 U.S.C. § 3553 to ensure that the sentence is sufficient but not

greater than necessary to comply with the purposes of sentencing.  Two of those factors which apply here are the offense itself and offender characteristics.

4) *The Offense.*  It is no secret that the Defendant is addicted to narcotics.  He was not trusted with large drug amounts and serviced his addiction by living in an attached garage of his dealer doing odd jobs around the house such as watching the dogs and lawncare.  He had no job nor any independent source of income.  His affability and willingness to work earned him his narcotics "keep".  He was not handling drugs nor money in any of the reported transactions though he was present for one or two of them.  He did relay the occasional message from customer to dealer.  There are no allegations of his committing assaults, having his own drug business nor masterminding, really, anything.

5) *The Offender.*  As the presentence report documents, the Defendant has struggled with addiction for some time.  He has committed petty thefts and pawn broker violations in the past to feed his addiction.  Yet, absent a third-degree assault in 2001 which was dismissed, the Defendant has remained non-violent.  The attached letters of support speak to his upbringing and character.  He has a solid family foundation and appears to be quite intelligent.  This is the longest time he has ever been incarcerated and he has made good use of said time.  He has been clean, of course, but he has been exercising, gained weight and is lucid and clear headed.  He seems to be enjoying his sobriety quite a bit.  His previously noted affability is ever present.  His confidence has grown that he has other options in life, though he does need treatment to learn the tools of sobriety outside of jail.

WHEREFORE, based upon the above, the Defendant respectfully requests this Court sentence the Defendant to time served with a period of time in a residential reentry center to follow, and for all other relief proper in the premises.

Respectfully submitted this the 12th day of June, 2017

s/John F Sullivan_____
Law Office of John F. Sullivan, III, PC
1745 Shea Center Drive, 4th Floor
Littleton, CO 80129
(303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this on the party below on this the 12th day of June, 2017 via ECF:

Ms. Beth N. Gibson
Assistant United States Attorney

s/John F. Sullivan_____