To Whom It May Concern,

Where do I start concerning Joshua? As a young boy Joshua had a very curious, intense mind and a quiet personality, it didn't matter what his interest was at the moment he would resource it and do it with passion. This characteristic has stayed with through out his years. When his focus is in the right place Joshua excels in his endeavors and doesn't lack any intelligence or bravery. Another of his strengths is that he has kept old or newer friendships going through out the years, he is a a very likable person to be around and easy to talk to.
I do believe Joshua could have been a great leader, the potential is still there. I do also believe in second, third or even fourth chances. Thanks God for that or who knows where he would be today, probably six feet under.
We all learn from our mistakes, Joshua needed this time to refocus himself and hopefully to make it right from now on. I dearly love him and wish him the best from the rest of his life.

Patricia Fuller, his mother.

To Whom it May Concern,

I have known Joshua since 1990.  I met him when his Mother would bring him into the store I worked at..  I taught baking classes and

remember Joshua being attentive, curious, interactive and highly intelligent..

I was always happy to see Joshua as he was very friendly and fun..His  jovial personality makes one feel comfortable and at ease...

I wish him the very best and know he can contribute to our society in a positive manner.

Sincerely,

Lori McMaster

To whom it may concern;

My name is Robert H. Harper and am related to Joshua Ealy.

Joshua needs proper rehab in my opinion because of the situations he gets himself into

The addiction with medications started a few ago after an accident while training a horse which in turn led him to use heroin and be homeless.

I hope he can be helped and that he can resume a normal life in our society.

Sincerely,

Robert H. Harper

Inez A. Peña
4874 Vallejo St.
Denver, CO  80221

May 22, 2017


Your Honor,

My name is Inez Pena, I am currently employed as a bookkeeper for a non profit agency.

This letter is in regards to Joshua Gene Ealy, whom I meet over a year ago.

I have kept in touch with Mr. Ealy through his incarceration, through phone calls and correspondence. I encourage Mr. Ealy to better him self, to have a better outlook on life and not to go back to his old habits.

I have found Mr. Ealy to be a very respectful and dependable young man.  His very good nature and easy going.

I believe if given a second chance, with some assistance and encouragement he can once again become a productive citizen in society.

Sincerely,


Inez A. Peña