IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 17-cr-00010-RBJ | Date: June 20, 2017 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Michelle Means |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Beth N. Gibson |
| v. | |
| 3. JOSHUA GENE EALY<br>**Defendant** | John F. Sullivan, III |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:29 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [80] Restricted Motion is **GRANTED.**

**ORDERED:**   Defendant shall be **imprisoned** for **7 months** as to Count One of the Information.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

**ORDERED:**  **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  8:38 a.m.          Hearing concluded.          Total time:     00:09