**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:17CR00010-3

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA GENE EALY,

        Defendant.

---

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE
CONDITIONS OF SUPERVISION**

---

        THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

        HAVING considered the probation officer's petition, the Court:

        ORDERS the defendant's terms of supervision be modified to include the following special condition:

1.     You must reside in a residential reentry center (RRC) for a period of up to 6 months, to commence as directed by the probation officer, and must observe the rules of that facility.  You may be discharged earlier than 6 months by the Probation Office, if you are determined to be in full compliance with the conditions of supervision.

        FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

    DATED at Denver, Colorado, this _____ day of February, 2019

                    BY THE COURT:

                                R. Brooke Jackson
                                United States District Judge